1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,            )        Case No: 5:20-MJ-00021 JLT

                             )

12

            Plaintiff,            )        **ORDER APPOINTING COUNSEL**

                             )

13

     v.            )

                             )

14

RICARDO JUAN DIEGO HOYOS,            )

                             )

15

            Defendant.            )

                             )

16

17

      The defendant has attested to his financial inability to employ counsel and wishes the

18

Court to appoint counsel to represent him.  Therefore, in the interests of justice and according to

19

Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court

20

**ORDERS**:

21

      1.      Emily de Leon is APPOINTED to represent the above defendant in this case

22

effective *nunc pro tunc* to August 10, 2020. This appointment shall remain in effect until further

23

order of this court.

24

25

IT IS SO ORDERED.

26

   Dated:   **August 12, 2020**            **/s/ Jennifer L. Thurston**

27

                                   UNITED STATES MAGISTRATE JUDGE

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28